682 A.2d 1266

**DYNAMIC STUDENT SERVICES, Daniel A. Lieberman and Michael D. Lieberman, Petitioners,**

**v.**

**STATE SYSTEM OF HIGHER EDUCATION and Millersville University and West Chester University, Respondents.**

Supreme Court of Pennsylvania.

Sept. 24, 1996.

*ORDER*

PER CURIAM.

AND NOW, this 24th day of September, 1996, the Petition for Allowance of Appeal is Reserved pending the decision in *Dynamic Student Services v. State System of Higher Education,* 98 M.D. Appeal Docket 1995.

NEWMAN, J., did not participate in the consideration or decision of this matter.